1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND, et al., | ) ) ) ) ) | Case No.: 10-CV-01319-LHK |
| Plaintiffs, | ) ) | ORDER SETTING DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR DEFAULT JUGMENT |
| v. | ) ) | |
| CROWN ELECTRIC, a California corporation, | ) ) | |
| Defendant. | ) ) ) | |

Plaintiffs filed this case on March 29, 2010, and served the Defendant on May 14, 2010. The Defendant did not timely answer the complaint, and the Plaintiffs requested entry of default on June 7, 2010. Default was entered on June 9, 2010. On August 23, 2010, the Plaintiffs submitted a Case Management Statement. The Plaintiffs stated that they were conducting an audit in order to determine the "true amount owed by Defendant." No further activity has occurred in this case since Plaintiffs' August 23, 2010 Case Management Statement.

Plaintiffs are hereby ordered to submit a Motion for Default Judgment, setting forth with specificity the damages that they claim and the evidentiary support for such damages, **within 30 days of the date of this Order**. The Court will not approve a default judgment unless the evidentiary support for the damages Plaintiffs seek is clearly and unambiguously set forth in Plaintiffs' Motion and supporting documents.

Failure to respond to this Order will result in dismissal without prejudice.

1

Case No.: 10-CV-01319-LHK
ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT

**United States District Court**
For the Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: January 28, 2011

3    _____
     LUCY H. KOH
     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 10-CV-01319-LHK
ORDER SETTING DEADLINE FOR MOTION FOR DEFAULT JUDGMENT